Kevin T. Snider, State Bar No. 170988
*Counsel of record*
Michael J. Peffer, State Bar. No. 192265
Matthew B. McReynolds, State Bar No. 234797
PACIFIC JUSTICE INSTITUTE
9851 Horn Road, Suite 115
Sacramento, CA 95827
Tel.: (916) 857-6900
Email: ksnider@pji.org
   mpeffer@pji.org
   mmcreynolds@pji.org

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOUNTAIN CHRISTIAN FELLOWSHIP, REFUGE CHURCH,<br><br>  Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, in his official capacity as Governor of California; SONIA ANGELL, in her official capacity as California Public Health Officer; XAVIER BECERRA, in his official capacity as Attorney General of California and DOES 1-50,<br><br>  Defendants. | Case No.: 2:20-cv-01046<br><br>**PLAINTIFFS' NOTICE OF DISMISSAL**<br><br>Action filed 05/21/2020 |

**PLAINTIFFS' NOTICE OF DISMISSAL OF COMPLAINT**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure Plaintiffs Mountain Christian Fellowship and Refuge Church hereby dismiss all causes of action in the complaint against Defendants Gavin Newsom, Sonia Angell, and Xavier Becerra without prejudice.

Plaintiffs dismiss the complaint in that, since the initial filing of the action, religious assemblies in the County of Calaveras have been allowed by public health officials to meet for religious assembly before the opening of schoolhouses.

None of the Defendants have filed a responsive pleading to the complaint nor a motion for summary judgment as to these claims. Dismissal under Rule 41(a)(1) is therefore appropriate.

Dated:  June 25, 2020

/s/ Kevin T. Snider
Kevin T. Snider
*Counsel of Record*
Michael J. Peffer
Matthew B. McReynolds
Attorneys for the Plaintiffs